## Hearn Unemployment Compensation Case.

Ar-

748

gued September 14, 1965. *John F. Donohue,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.